# Court of Appeals, State of Michigan

## ORDER

In Re Pierson/Berry, Minors

Docket No. 328599; 328675

LC No. 02-002014-NA

Michael J. Talbot
Presiding Judge

Joel P. Hoekstra

Douglas B. Shapiro
Judges

In light of this Court's opinion in *In re D Gach*, ___Mich App___; ___NW2d___ (Docket No. 328714, April 19, 2016), the Court, on its own motion, orders that this Court's April 19, 2016 opinion and concurrent order are hereby VACATED. A new opinion and order is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

APR 26 2016
_____
Date

_____
Chief Clerk